UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NUMBER 4:19-CR-160 SDJ |
| | § | |
| DAVID CHRISTOPHER CYS (01) | § | |

### ORDER

The Court having held a hearing on Defendant's Motion to Withdraw as Counsel (Dkt. 166), the motion is hereby **GRANTED**.

It is therefore **ORDERED** that Richard Weaver is removed as attorney of record and pursuant to the Criminal Justice Act (18 U.S.C. § 3006A), this Court appoints **Camille Knight,** a member of the Criminal Justice Act Panel of this District, to represent Defendant.

**So ORDERED and SIGNED this 16th day of December, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE