# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:19cr160 |
| | § | |
| DAVID CHRISTOPHER CYS (1) | § | |
| NICOLE RENE MARTINEZ (2) | § | |
| RAFAEL RAMIREZ (3) | § | |
| JONATHAN CHAVEZ (10) | § | |
| CECILIA PULIDO-MORALES (11) | § | |
| ANICETO GONZALEZ (12) | § | |
| RICARDO CARBAJAL (13) | § | |

## ORDER

Defendants' Motions for Continuance (#181, 182) are granted. The Court, having considered the factors set forth in 18 U.S.C. § 3161, finds as follows:

1. Defendants' requests are made knowingly, intelligently, and voluntarily.

2. The Government has no objection to a continuance.

3. Having considered the factors listed in 18 U.S.C. § 3161(h)(7)(B), the Court finds that the ends of justice served by granting Defendant's request outweigh the best interests of the public and the Defendants in a speedy trial.

4. The Court finds that in the interest of justice, this case shall be tried together with all co-defendants. *See* 18 U.S.C. § 3161(h)(6) (excluding "[a] reasonable period of delay when the Defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted").

5. This continuance is required to assure the necessary time for counsel to prepare effectively for trial, taking into account the exercise of due diligence.

6. The period of delay due to the motion for continuance is the period from the date of the motion through the date of the new trial setting, and this is excludable time under the Speedy Trial Act.

Defendants' Motions for Continuance are **GRANTED**, and this case is **reset** for **Pretrial Conference and Trial Scheduling** on **May 4, 2020, at 9:00 a.m.**

**So ORDERED and SIGNED this 7th day of February, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE